IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  BNB | Date: April 10, 2007 |
| Courtroom Deputy: Valeri P. Barnes | FTR BNB COURTROOM A-401 |

Civil Action No. 06-cv-02319-WDM-BNB

| | |
|---|---|
| FRANCISCO J. REYES, | Thomas Blumenthal |
| | Kurt Kerns *(telephonically)* |
| Plaintiff, | Philip White *(teleponically)* |
| v. | |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, COLORADO; THE ARAPAHOE COUNTY SHERIFF'S DEPARTMENT; | Kirsten Crawford |
| P. GALLEGOS; DIANE SHOUSE; JOHN DOE; and JAMES ROE, | Kathleen Spalding |
| Defendants. | |

### COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:24 a.m.      Court in session.**

Appearances of counsel.

Court's opening remarks.

**ORDERED:**   Motion to Stay Discovery of Defendant Gallegos **(19)** is **denied.**

**ORDERED:**   Arapahoe Defendants' Motion to Stay Discovery Based on Qualified Immunity **(33)**

        is **denied.**

**ORDERED:** Plaintiff's Motion to Continue Scheduling Conference **(41)** is **denied.**

**DEADLINE/HEARING:**
Proposed Scheduling Order due **April 30, 2007.**
Scheduling Conference set for **May 4, 2007, at 8:30 a.m.**

**9:38 a.m.**      **Court in recess/hearing concluded.**

Total in-court time: 00:14