IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv–2319-WDM-BNB

FRANCISCO J. REYES,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF DEFENDANT P. GALLEGOS ONLY

---

    The court takes judicial notice that the parties have filed a Joint Motion to Dismiss Claims Against Defendant Gallegos in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to defendant P. Gallegos only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on April 27, 2007.

                                               BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge

PDF FINAL