IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02319-WDM-BNB

FRANCISCO J. REYES,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, COLORADO,
THE ARAPAHOE COUNTY SHERIFF'S DEPARTMENT,
DIANE SHOUSE,
JOHN DOES, and
JAMES ROE,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion of Plaintiff Reyes to File His First Amended Complaint** [docket no. 64, filed May 15, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing part 2 to docket no. 64, Plaintiff Reyes's First Amended Complaint. Defendants have ten (10) days from the entry of this Order to answer or respond.

IT IS FURTHER ORDERED that the caption for defendants should be reflected as follows on all future filings:

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, COLORADO,
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, official capacity,
DIANE SHOUSE, personally,
JOHN DOE, whose true name is unknown, personally, and
JAMES ROE, whose true name is unknown, personally,

DATED: May 16, 2007