IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02319-WDM-BNB

FRANCISCO J. REYES,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, COLORADO,
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, official capacity,
DIANE SHOUSE, personally,
JOHN DOE, whose true name is unknown, personally, and
JAMES ROE, whose true name is unknown, personally,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Joint Motion of Plaintiff Reyes and Defendants to Withdraw Docket Numbers 32 and 56** [Doc. # 68, filed 5/16/2007] is GRANTED. The following motions are DENIED WITHOUT PREJUDICE as withdrawn:

     (1)    Arapahoe Defendants' Motion for Summary Judgment [Doc. # 32]; and

     (2)    Motion fo Plaintiff Reyes to Dismiss or Stay Summary Judgment Motion of Arapahoe Defendants [Doc. # 56].

DATED: May 18, 2007