IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02319-WDM-BNB

FRANCISCO J. REYES,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff Reyes' memorandum in opposition to summary judgement is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures (the exhibits do not need to be refiled.) Doc. no. 121 is mooted by this minute order.

Dated: January 25, 2008

                                        s/ Jane Trexler, Judicial Assistant