IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-02319-WDM-BNB | Date: February 26, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| FRANCISCO J. REYES, | G. Gordon Atcheson by telephone |
| Plaintiff, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, COLORADO, ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, official capacity, DIANE SHOUSE, personally, JOHN DOE, whose true name is unknown, personally, and JAMES ROE, whose true name is unknown, personally, | Lana Rupprecht |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     8:57 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Arapahoe defendant's motion to compel filed February 4, 2008; Doc 130 is granted in part and denied in part as stated on the record. Plaintiff's supplemental discovery responses shall be provided on or before March 7, 2008.**

Court in Recess     9:34 a.m.     Hearing concluded.

Total time in court:     00:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.