IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02319-WDM-BNB

FRANCISCO J. REYES,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, COLORADO,
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, official capacity,
DIANE SHOUSE, personally,
JOHN DOE, whose true name is unknown, personally, and
JAMES ROE, whose true name is unknown, personally,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Arapahoe Defendants' Motion to Compel** [Doc. # 130, filed 2/4/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED IN PART and GRANTED IN PART as follows:

GRANTED to require the plaintiff to fully and completely answer under oath and in accordance with the requirements of Rule 33, Fed. R. Civ. P., Interrogatories No. 8 and 10 (of defendants' requests dated July 13, 2007) and Interrogatory No. 3 (of defendants' requests dated September 24, 2007);

DENIED AS MOOT with respect to Interrogatories 4, 6, and 7 and Production

Request No. 2 (of defendants' requests dated July 13, 2007); and

>DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall make supplemental discovery responses consistent with this order on or before **March 7, 2008**.

Dated February 26, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge